**PAULETTE L. STEWART**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: paulette.stewart@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**FILED**

MAY 0 7 2026

Clerk, U.S. District Court
District of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JEREMY THOMAS SEPANSKI,**<br><br>**Defendant.** | CR 26- 17 -BU- WWM<br><br>**INDICTMENT**<br><br>**PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION**<br>Title 18 U.S.C. § 922(g)(1)<br>**(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release)**<br><br>**CRIMINAL FORFEITURE**<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That between on or about August 31, 2025 and September 1, 2025, at Dillon, in Beaverhead County, in the State and District of Montana, and elsewhere, the defendant, JEREMY THOMAS SEPANSKI, knowing he had been convicted of a

1

crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, JEREMY THOMAS SEPANSKI, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson Signature Redacted Original Document Filed Under Seal

_____
TIMOTHY J. RACICOT
Acting United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney