**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 26-17-BU-WWM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **JEREMY THOMAS SEPANSKI,** | |
| **Defendant.** | |

Upon Petition of Paulette L. Stewart, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of This Court issue a Writ of Habeas Corpus (for prosecution) directing the Sheriff, Beaverhead County Detention Center and the United States Marshal for the District of Montana, to produce Jeremy Thomas Sepanski before the Court at the Magistrate Judge's Courtroom in Missoula, Montana, at 10:30 a.m. on June 8, 2026, and Jeremy Thomas Sepanski is to stay in federal custody until the conclusion of this case.

//

1

Jeremy Thomas Sepanski shall then be returned to the custody of the Sheriff,

Beaverhead County Detention Center.

DATED this 8th day of May, 2026.

_____
Kathleen L. Desoto
United States Magistrate Judge